# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

FILED BY _____ D.C.

05 NOV -8 PM 3: 15

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

JOHN SPATES, JR.,

    Plaintiff,

v.

SHELBY COUNTY, et al.,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NO: 05-2648 Ml/V

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court for consideration, the issues having been considered, and a decision rendered,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Assessing $250 Filing Fee, Order of Dismissal, Order Denying Appointment of Counsel, Order Certifying Appeal Not Taken in Good Faith, and Notice of Appellate Filing Fee entered November 8, 2005, this case is DISMISSED.

APPROVED:

_____
JON P. McCALLA
UNITED STATES DISTRICT COURT

Nov. 8, 2005
Date

THOMAS M. GOULD
Clerk of Court

_____
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-9-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CV-02648 was distributed by fax, mail, or direct printing on November 9, 2005 to the parties listed.

---

John Spates
04116214
1st Floor B-Pod 2-Cell
201 Poplar Avenue
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT